# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 16, 2013 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Laura Ansart | Interpreter: Susanna Cahill |

**CASE NO. 13-CR-00155-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Geoffrey Rieman |
| | Richard Hosley |
| Plaintiff, | |
| vs. | |
| **WILLIAM TEODORO ZAMORA-RODRIGUEZ,** | Brian Leedy |
| Defendant. | |

## SENTENCING

**10:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00155-PAB
September 16, 2013

Argument by Mr. Leedy in support of the defendant's Motion for Non-Guideline Sentence (Variant) and comments addressing sentencing.

Argument by Mr. Rieman and comments addressing sentencing.

Defendant addresses sentencing.

Court states its finding and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (Variant) [Docket No. 20] is **GRANTED in PART and DENIED in PART**, as stated on the record.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **June 1, 2013** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **27** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

ORDERED: No fine is imposed because the defendant does not have the ability to pay a fine.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility Pursuant to Section 3E1.1(b) [Docket No. 21] is **GRANTED**.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:38 a.m.   COURT IN RECESS**

**Total in court time:   26 minutes**

**Hearing concluded**